

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

FAGAN DICKSON
FIRST ASSISTANT

March 2, 1949.

Hon. J. E. McDonald
Commissioner
Department of Agriculture
Austin, Texas

Attention: Hon. N. K. Burke

Opinion No. V-781.

Re: The necessity for Coun-
ty Clerks to certify
all Public Weighers to
the Commissioner of
Agriculture.

Dear Sir:

Reference is made to your recent request which reads in part as follows:

"This department desires a legal opinion as to whether or not County Clerks over the state are required to certify to the Commissioner of Agriculture the appointment or election of Public Weighers qualifying as such under the provisions of Article 5683 Revised Civil Statutes of 1925? . . .

"Are Title 132 Revised Civil Statutes and Chapter 76 Acts of the 36th Legislature in pari materia, and to be construed together, in order to ascertain the true intent of the Legislature with reference to the enforcement of the Public Weighers laws. In other words, are the laws of the old Warehouse Commission or any portion thereof still in effect along with the present laws since the Commission was combined with the Department of Agriculture?"

Section 1, Chapter 13, p. 35, Acts of the 39th Legislature, R. S., 1925, provides as follows:

"The office of Commissioner of Markets and Warehouses of the State of Texas is hereby abolished, and the authority, duties, powers, functions, rights, and liabilities, heretofore vesting in said commissioner, shall hereafter vest in and be had and performed by the Commissioner of Agriculture. The Markets and

Warehouse Department and the Weights and
Measures Department of the State of Texas
are hereby abolished, and the duties and
functions of the same shall hereafter vest
in the Commissioner of Agriculture."

Section 2, Chapter 76, p. 123, Acts of the
36th Legislature, R. S., 1919 (Art. 7833b, V. C. S.,
1914 Supp.), relating to public weighers provides in
part that:

". . . Such bond shall be good for
the term of two years from the date given,
and shall be subject to the approval of
the Commissioners' Court of the County in
which such public weigher resides. After
such bond is filed, approved and recorded,
as provided by law, the County Clerk shall
immediately certify such appointment, or
election, to the Commissioner of Markets
and Warehouses of Texas.. . ."

The above quoted provision that "the County
Clerk shall immediately certify such appointment, or
election, to the Commissioner of Markets and Warehouses
of Texas" (now the Commissioner of Agriculture) was not
included when the laws of this State were revised in
1925.

By Section 2 of the Codification Act, V. C. S.,
1925, Final Title, there is this repealing clause:

"That all civil statutes of a general
nature, in force when the Revised Statutes
take effect, and which are not included
herein, or which are not hereby expressly
continued in force, are hereby repealed."

We are unable to find any statute which re-
quires the County Clerks to certify to the Commissioner
of Agriculture the appointment or election of public
weighers who qualify under the provisions of Article
5683, V. C. S., which reads as follows:

"In all counties in which there are no
city or cities in which the Governor is au-
thorized to appoint public weighers, there
shall be elected at each general election a
public weigher for each justice precinct in

the manner and form governing the election
of other precinct officers. The commission-
ers court at the regular February term pre-
ceding the election may unite two or more
justice precincts for the purpose of elect-
ing such public weighers."

As to your last question you are advised that
only such portions of the old laws relating to markets
and warehouses as were included in the Revised Statutes
of 1925 are in effect, and to that extent only may the
provisions of Title 132, Chapter 76, Acts of the 36th
Legislature, R.S., 1919, be construed in pari materia with
the present statutes dealing with this subject.

### SUMMARY

County Clerks are not required to cer-
tify to the Commissioner of Agriculture the
appointment or election of Public Weighers
qualifying under the provisions of Art. 5683,
V.C.S. Only such portions of the old laws
relating to Markets and Warehouses as were
included in the Revised Civil Statutes of
1925 may be construed in pari materia with
the present statutes dealing with this sub-
ject.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

By Bruce Allen
Assistant

BA:bh

APPROVED

Fagan Dickson
FIRST ASSISTANT
ATTORNEY GENERAL